1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JASON EHRLINSPIEL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2743

5  Attorneys for Defendant,
   UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY STOHL, | No. 2:08-CV-00604-JAM-DAD |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| Defendant. | |

Plaintiff Tracy Stohl, through her counsel of record, and Defendant United States of America, through its counsel of record, hereby stipulate and agree that this action is dismissed with prejudice, with all parties to bear their own costs.

                         Respectfully submitted,

                         LAWRENCE G. BROWN
                         Acting United States Attorney

Dated: April 15, 2009      By:   */s/ Jason Ehrlinspiel*
                                     JASON EHRLINSPIEL
                                     Assistant U.S. Attorney

                                     Attorneys for Defendant,
                                     United States of America

1

2  Dated: April 15, 2009                    /s/ Peter Joseph Kozak
                                      By:  PETER JOSEPH KOZAK
3                                          Gorman & Kozak, LLP

4                                          Attorneys for Plaintiff,
                                           Tracy Stohl
5

6

7      **IT IS SO ORDERED**.

8

9

10 Dated: April 15, 2009             /s/ John A. Mendez
                                     HONORABLE JUDGE JOHN A. MENDEZ
11
                                     District Court Judge
12                                   Eastern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF
DISMISSAL WITH PREJUDICE              2